Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOEL KLAUSMAN,

        Plaintiff(s),                                  Case No. 07 CV 5604 (WCC)

     -against-                                      AFFIDAVIT OF SERVICE

CHROMAGEN USA INC., MAXINE MORGAN INC.      "ECF FILED"
AND ROGER EICHENHOLTZ,

        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                         S.S.
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 15th day of June, 2007, at approximately 11:00 AM, deponent served a true copy of the SUMMONS, COMPLAINT AND CIVIL COVER SHEET upon CHROMAGEN USA INC. at 8 John Walsh Boulevard, Suite 330, Peekskill, New York 10566, by personally delivering and leaving the same with ROGER EICHENHOLTZ who informed deponent that he is authorized by CHROMAGEN USA INC. to receive service at that address.

        ROGER EICHENHOLTZ is a white male, approximately 47 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with graying black hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
18th day of June, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

JOEL KLAUSMAN

V.

CHROMAGEN USA INC., MAXINE MORGAN INC. and ROGER EICHENHOLTZ

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV. 5604**

**JUDGE CONNER**

TO: (Name and address of Defendant)

Chromagen USA Inc., 8 John Walsh Boulevard, Peekskill, NY 10566
Maxine Morgan Inc., 8 John Walsh Boulevard, Peekskill, NY 10566
Roger Eichenholtz, 2595 Evergreen Street, Yorktown Heights, NY 10598

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Himmel & Bernstein, LLP
928 Broadway, Suite 1000, New York, NY 10010
212-631-0200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**　　　　　　　　　　　　JUN 1 2 2007

CLERK　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK