UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JOEL KLAUSMAN ,

              Plaintiff,              07-Cv 5064 (WCC)

      -against-              **CERTIFICATE OF SERVICE**

CHROMAGEN USA INC., MAXINE      "ECF FILE"
MORGAN INC. and ROGER
EICHENHOLTZ

              Defendants.
-------------------------------------------------------x

    Tracey S. Bernstein, an attorney duly licensed to practice law in the Southern District of New York, pursuant to 28 U.S.C. §1746, hereby declares under the penalties of perjury and certifies as follows:

    On June 20, 2007, I served the within ECF PROCEDURES, GUIDELINES AND INSTRUCTIONS FOR FILING AN ECF CASE and the COURT'S and MAGISTRATES INDIVIDUAL PRACTICES upon defendant MAXINE MORGAN INC. by depositing true copies thereof enclosed in a post-paid properly addressed envelope in an official depository under the exclusive care of the United States Postal Service within the State of New York, address to:

              Maxine Morgan Inc.
              8 John Walsh Boulevard
              Peekskill, NY 10565

Dated: New York, NY
       June 20, 2007

                                          Tracey S. Bernstein (TB-0405)