**ORIGINAL**

Caspar F. Ewig.
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendants
45 Broadway,
New York, N.Y. 10006
(212) 669-0600

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOEL KLAUSMAN,

                    Plaintiff,

             vs.

CHROMAGEN USA, INC., MAXINE MORGAN, INC. and
ROGER EICHENHOLTZ,

                    Defendants
-----------------------------------------------------------------x

INDEX NO. 07 CIV 5604
**ECF CASE**
(Judge Conner)

### STIPULATION EXTENDING TIME TO APPEAR AND ANSWER

Upon consent of the Undersigned, counsel for the respective parties hereto, it is STIPULATED CONSENTED AND AGREED that Defendants time to appear and answer the Complaint be and the same hereby is extended to July 28, 2007.

Dated: June 29, 2007
      New York, N.Y.

HIMMEL & BERNSTEIN, LLP
Counsel for Plaintiff

_/s/ Tracey Bernstein/ejr_
Tracey S. Bernstein (TB-0405)
Dated: July 11, 2007
White Plains, NY

So Ordered: _William C. Conner_
             Sr.   USDJ

HILL RIVKINS & HAYDEN LLP
Counsel for Defendants

_/s/_
Caspar F. Ewig (CE 4025)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for As
+ EMAILED TO π's COUNSEL