Caspar F. Ewig.
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendants
45 Broadway,
New York, N.Y. 10006
(212) 669 0600

-----------------------------------------------------------------x
JOEL KLAUSMAN
        Plaintiff,

      vs.              INDEX NO. 07 CIV 5604

CHROMOGEN USA, INC., MAXINE MORGAN, INC.. and  (Judge Conner)
ROGER EICHENHOLTZ;
        Defendants
-----------------------------------------------------------------x

### STIPULATION EXTENDING TIME TO APPEAR AND ANSWER

Upon consent of the Undersigned, counsel for the respective parties hereto, it is

STIPULATED CONSENTED AND AGREED that Defendants time to appear and

answer the Complaint be and the same hereby is extended to August 10, 2007,


New York, N.Y.


HIMMEL & BERNSTEIN LLP         HILL RIVKINS & HAYDEN LLP
*Counsel for Plaintiff*            *Counsel for Defendants*

_____      _____
Tracy Bernstein (TB-0405)          Caspar F. Ewig (CE 4025)


So Ordered:_____
    USDJ