Caspar F. Ewig.
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendants
45 Broadway,
New York, N.Y. 10006
(212) 669 0600

---------------------------------------------------------------x

JOEL KLAUSMAN
                    Plaintiff,

            vs.                                INDEX NO. 07 CIV 5604

CHROMOGEN USA, INC., MAXINE MORGAN, INC.. and    (Judge Conner)
ROGER EICHENHOLTZ;
                  Defendants

---------------------------------------------------------------x

## STIPULATION EXTENDING TIME TO APPEAR AND ANSWER

Upon consent of the Undersigned, counsel for the respective parties hereto, it is

STIPULATED CONSENTED AND AGREED that Defendants time to appear and answer the Complaint be and the same hereby is extended to August 16. 2007,

New York, N.Y.

HIMMEL & BERNSTEIN LLP                        HILL RIVKINS & HAYDEN LLP
*Counsel for Plaintiff*                                       *Counsel for Defendants*

_____              _____
Tracy Bernstein (TB-0405)                           Caspar F. Ewig (CE 4025)

So Ordered:_____
            USDJ