29604  Caspar F. Ewig.
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendants
45 Broadway,
New York, N.Y. 10006
(212) 669 0600

---------------------------------------------------------------x

JOEL KLAUSMAN

       Plaintiff,


       vs.              INDEX NO. 07 CIV 5604

CHROMAGEN USA, INC., MAXINE MORGAN, INC... and   (Judge Conner)
ROGER EICHENHOLTZ;
       Defendants
---------------------------------------------------------------x

## Rule 7.1 Statement

In order to allow the Federal Judges and the Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Chromagen USA, Inc. and Maxine Morgan Inc. and Roger Eichenholtz certifies that none of the defendants are or have parents or subsidiaries that are publicly held or traded

Dated: New York, New York
    August 17, 2007

By: _____

    CASPAR F. EWIG
    HILL RIVKINS & HAYDEN LLP
    *Attorneys for Defendants*
    45 Broadway, Suite 1500
    New York, N.Y. 10006
    Tel. (212) 669-0600
    Fax: (212) 69-0698/0699

To: Himmel & Bernstein