Tracey S. Bernstein (TB 0405)
HIMMEL & BERNSTEIN, LLP
Attorneys for Plaintiff
928 Broadway, Suite 1000
New York, N.Y. 10010
(212) 631-0200

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JOEL KLAUSMAN,

                Plaintiff,

                vs.

CHROMAGEN USA, INC., MAXINE MORGAN, INC.
AND ROGER EICHENHOLTZ,

                Defendants
-----------------------------------------------------------x

**STIPULATION EXTENDING PLAINTIFF'S TIME TO REPLY**

07 CIV 5604 (WCC)(LMS)

ECF FILED

Upon consent of the Undersigned, counsel for the respective parties hereto, it is STIPULATED CONSENTED AND AGREED that Plaintiff's time to reply or otherwise move with respect to defendants' counterclaims set forth in the Answer is extended to September 29, 2007.

Dated: August 31, 2007
       New York, N.Y.

HIMMEL & BERNSTEIN, LLP
*Counsel for Plaintiff*

_____
Tracey S. Bernstein (TB 0405)

HILL RIVKINS & HAYDEN LLP
*Counsel for Defendants*

_____
Caspar F. Ewig (CE 4025)

So Ordered:_____, USDJ