Tracey S. Bernstein (TB 0405)
HIMMEL & BERNSTEIN, LLP
Attorneys for Plaintiff
928 Broadway, Suite 1000
New York, N.Y. 10010
(212) 631-0200



UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JOEL KLAUSMAN,                          STIPULATION EXTENDING
                                        PLAINTIFF'S TIME TO REPLY

              Plaintiff,

        vs.                     07 CIV 5604 (WCC)(LMS)

CHROMAGEN USA, INC., MAXINE MORGAN, INC.
AND ROGER EICHENHOLTZ,                  ECF FILED

             Defendants
-------------------------------------------------------------x

Upon consent of the Undersigned, counsel for the respective parties hereto, it is STIPULATED CONSENTED AND AGREED that Plaintiff's time to reply or otherwise move with respect to defendants' counterclaims set forth in the Answer is extended to September 29, 2007.

Dated: August 31, 2007
      New York, N.Y.

HIMMEL & BERNSTEIN, LLP                 HILL RIVKINS & HAYDEN LLP
*Counsel for Plaintiff*                 *Counsel for Defendants*


Tracey S. Bernstein (TB 0405)           Caspar F. Ewig (CE 4025)

Dated: White Plains, NY
Sept. 10, 2007
So Ordered: William C. Conner, USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-
COPIES MAILED TO COUNSEL OF RECORD