Tracey S. Bernstein (TB 0405)
HIMMEL & BERNSTEIN, LLP
Attorneys for Plaintiff
928 Broadway, Suite 1000
New York, N.Y. 10010
(212) 631-0200

ORIGINAL

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

JOEL KLAUSMAN,

Plaintiff,

vs.

CHROMAGEN USA, INC., MAXINE MORGAN, INC. AND ROGER EICHENHOLTZ,

Defendants

---x

**STIPULATION EXTENDING PLAINTIFF'S TIME TO REPLY**
+ ORDER

07 CIV 5604 (WCC)(LMS)

ECF FILED

Upon consent of the Undersigned, counsel for the respective parties hereto, it is STIPULATED CONSENTED AND AGREED that Plaintiff's time to reply or otherwise move with respect to defendants' counterclaims set forth in the Answer is extended to October 11, 2007.

Dated: October 10, 2007
New York, N.Y.

HIMMEL & BERNSTEIN, LLP
*Counsel for Plaintiff*

Tracey S. Bernstein (TB 0405)

HILL RIVKINS & HAYDEN LLP
*Counsel for Defendants*

Caspar F. Ewig (CE 4025)

So Ordered: William C. Conner, USDJ

October 15, 2007
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-COPIES MAILED TO COUNSEL OF RECORD