ORIGINAL

Tracey S. Bernstein (TB 0405)
HIMMEL & BERNSTEIN, LLP
Attorneys for Plaintiff
928 Broadway, Suite 1000
New York, N.Y. 10010
(212) 631-0200

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JOEL KLAUSMAN,

                Plaintiff,

          vs.

CHROMAGEN USA, INC., MAXINE MORGAN, INC.
AND ROGER EICHENHOLTZ,

               Defendants

-------------------------------------------------------------x

**DISCOVERY SCHEDULING
ORDER**

07 CIV 5604 (WCC)(LMS)

~~ECF CASE~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

The following shall constitute the discovery scheduling order in the above-captioned matter:

1.    Defendants shall have until December 10, 2007 to file an Amended Answer.

2.    The parties shall serve interrogatory and document requests on or before December 27, 2007.

3.    The parties shall serve responses to any interrogatory and document requests on or before January 31, 2008.

4.    All depositions, including third party depositions, shall be completed on or before April 30, 2008.

5.    The parties shall identify any experts they intend to call and provide an expert report for each such expert on or before April 30, 2008. Any responses are due on or before May 30, 2008.



GIVEN

COPIES MAILED TO COUNSEL OF RECORD 11/30/07

6.    All depositions of identified expert witnesses shall be completed by June 30, 2008.

7.    Defendants shall provide an updated Rule 26a Initial Discovery response on or before

December 10, 2007 with regard to the further identification of witnesses and the subject

matter of their testimony.

8.    The parties shall provide the Court with a joint pre-trial order no later than ~~appear before for a conference on~~ June 27, 2008 at 9:15 A.M.

Dated:  November 30, 2007
       New York, N.Y.


HIMMEL & BERNSTEIN, LLP
*Counsel for Plaintiff*


_____
Tracey S. Bernstein (TB 0405)


HILL RIVKINS & HAYDEN LLP
*Counsel for Defendants*


_____
Caspar F. Ewig (CE 4025)


So Ordered: _William C. Conner_, USDJ

11/30/07

2