Tracey S. Bernstein (TB 0405)
HIMMEL & BERNSTEIN, LLP
Attorneys for Plaintiff
928 Broadway, Suite 1000
New York, N.Y. 10010
(212) 631-0200

**ORIGINAL**

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JOEL KLAUSMAN,

            Plaintiff,

            vs.

CHROMAGEN USA, INC., MAXINE MORGAN, INC.
AND ROGER EICHENHOLTZ,

            Defendants
-----------------------------------------------------------------x

**AMENDED DISCOVERY SCHEDULING ORDER**

07 CIV 5604 (WCC)(LMS)

ECF CASE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: ____]

The following shall constitute the discovery scheduling order in the above-captioned matter:

1. ~~Plaintiff~~ *The parties* shall have until May 23, 2008 to serve objections to defendants' document and interrogatory production. ~~Defendants~~ *The parties* shall have until June 6, 2008 to provide the missing documents and information sought by ~~plaintiff~~ *defendants* as well as provide all documents it withheld from production until ~~plaintiff~~ *defendants* executed the confidentiality stipulation.

2. All depositions, including third party depositions, shall be completed on or before August 29, 2008.

3. The parties shall identify any experts they intend to call and provide an expert report for each such expert on or before August 29, 2008. Any responses are due on or before September 19, 2008.

4. All depositions of identified expert witnesses shall be completed by October 10, 2008.

COPIES ~~MAILED~~ *GIVEN* TO COUNSEL OF RECORD 

5. The parties shall appear for a conference before the Court on _9/26/_, 2008. _at 9:45._

Dated: May 9, 2008
      New York, N.Y.

HIMMEL & BERNSTEIN, LLP
*Counsel for Plaintiff*

_____
Tracey S. Bernstein (TB 0405)

HILL RIVKINS & HAYDEN LLP
*Counsel for Defendants*

_____
Caspar F. Ewig (CE 4025)

So Ordered: _William C. Conner_, USDJ    5/9/08
            White Plains, NY