Conner, J

# ORIGINAL

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JOEL KLAUSMAN,

        Plaintiff,

  -against-

        2007 Civ. 5604 (WCC)

CHROMAGEN USA INC, MAXINE MORGAN INC,
and ROGER EICHENHOLTZ,

        ECF CASE

        Defendants.
----------------------------------------x

ORDER TRANSFERRING CASE
TO SUSPENSE CALENDAR

WHEREAS, THE PARTIES having advised the Court that the above-captioned matter has been settled upon terms that require future conduct by Defendants before the settlement can be completed,

WHEREAS, the Plaintiff, for valuable consideration, has agreed without prejudice to forebear in prosecuting the above-captioned matter until December 31, 2008 to allow Defendants the time they need to meet their obligations under the Settlement Agreement entered into between the Parties on July 8, 2009 without having to occur further costs associated with defending this matter,

Accordingly, it is

ORDERED that the above-captioned litigation is placed on the Suspense Calendar of this Court, and it is



COPIES MAILED TO COUNSEL OF RECORD

6

FURTHER ORDERED that, in the event Defendants have not met their obligations under the terms of the Settlement Agreement by December 31, 2008, Plaintiff has until January 30, 2009 to take the required steps to reactivate / restore the above-captioned action to Court's calendar without prejudice to Plaintiff's right to complete discovery as if there had been no forebearance on Plaintiff's part in prosecuting the matter. In the event Plaintiff fails to initiate the steps necessary to reactivate / restore the matter by January 30, 2009, it shall be dismissed with prejudice, but without costs to any party, unless Plaintiff can show good cause why he failed to seek restoration of the case prior to January 30, 2009, and it is

FURTHER ORDERED that the parties may reactivate the case at any time prior to January 30, 2009 upon no less than 10 days' notice to the Court and opposing counsel.

Dated: White Plains, New York
        July 28, 2008

Dated: July 30, 2008
       White Plains, NY

SO ORDERED: _William C. Conner_ U.S.D.J.

We consent to the entry of the foregoing order without further notice:

HIMMEL & BERNSTEIN, LLP

By: _____
    Tracey S. Bernstein

HILL RIVKINS & HAYDEN LLP

By: _____
    Caspar F. Ewig

7